U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 FEB -4  PM 12:01

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 5:15-cr-16 |
| ) | |
| MICHAEL PETRUCCELLI, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges:

On or about November 4, 2014, in the District of Vermont, defendant MICHAEL PETRUCCELLI knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

## COUNT TWO

The Grand Jury further charges:

On or about November 25, 2014, in the District of Vermont, defendant MICHAEL PETRUCCELLI knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

A TRUE BILL

_____
FOREPERSON

*Eugenia Cowles* (by JRP)
EUGENIA COWLES
Acting United States Attorney
Rutland, Vermont
February 4, 2015